NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**E. HAFFNER FOURNIER, JOANNE D. FOURNIER,
JOAN HEARLEY (INDIVIDUALLY AND AS
TRUSTEE OF THE HEARLEY FAMILY TRUST),
KEVIN P. REGAN, SHARON M. REGAN, ROBERT L.
SPERLING, DARLENE J. SPERLING, JEFFREY
STRUIKSMA AND CYNTHIA STRUIKSMA,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5056

---

Appeal from the United States Court of Federal
Claims in case no. 06-CV-933, Judge Thomas C. Wheeler.

------------------------------------------------

**ROBERT G. MARTIN AND BERNICE V. MARTIN,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5057

Appeal from the United States Court of Federal Claims in case no. 03-CV-2272, Judge Edward J. Damich.

---

**IRA H. BARRY, JANE E. BARRY, WADE E. BOGGS, DEBORAH A. BOGGS, THOMAS V. CHOREY, JR., BETTYE JEANNE CHOREY, DONALD HOLLY, ROSEANNE HOLLY, CHARLES H. JOHNSON, KAY A. JOHNSON, EDWARD J. MATONICH, JUDITH R. MATONICH, LAWRENCE R. SPIETH, ANNE T. SPIETH, THOMAS STAUFFACHER, LINDA STAUFFACHER, RICHARD L. WAKENIGHT AND PATRICIA R. WAKENIGHT,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

2012-5071

Appeal from the United States Court of Federal Claims in case no. 03-CV-200, Senior Judge Eric G. Bruggink.

**ON MOTION**

# ORDER

The appellants move without opposition to consolidate appeal nos. 2012-5056, 2012-5057, and 2012-5071, and for

an extension of time, until May 28, 2012, to file their consolidated opening brief.

The court notes that the above-captioned appeals were consolidated on April 6, 2012.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to consolidate the appeals is moot.

(2) The motion for an extension of time is granted.

FOR THE COURT

**APR 2 7 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Thomas E. Redding, Esq.
    Steven K. Uejio, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

**APR 2 7 2012**

**JAN HORBALY**
**CLERK**